UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHAWN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00254-JPH-MJD |
| | ) | |
| OUTLAW, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

The dispositive motion deadline has passed with no dispositive motion having been filed by either the plaintiff or the defendants. Accordingly, this case will now proceed to settlement or trial if one is necessary. If the plaintiff wishes to request that the Court attempt to recruit counsel to represent him for these purposes, he should file a motion for assistance with recruiting counsel on the Court's form by **September 25, 2020**. The **clerk shall include** a form motion with the plaintiff's copy of this Order.

**SO ORDERED.**

Date: 8/28/2020

                                                   James Patrick Hanlon
                                                 United States District Judge
                                                 Southern District of Indiana

2

Distribution:

SHAWN WILLIAMS
178128
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

All Electronically Registered Counsel